Shirley BYERS, Appellant,

v.

SOUTHWESTERN BELL TELEPHONE COMPANY, Appellee.

No. 00–3179.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2001.

Decided Sept. 12, 2001.

Before BOWMAN, BEAM, and HANSEN, Circuit Judges.

PER CURIAM.

Shirley Byers appeals the District Court's[1] adverse grant of summary judg-

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

**456**

ment in her Americans with Disabilities Act (ADA) employment discrimination action. Having carefully reviewed the record, *see St. Jude Med., Inc. v. Lifecare Int'l, Inc.*, 250 F.3d 587, 595 (8th Cir.2001) (de novo standard of review), we affirm.

We conclude that the District Court did not abuse its discretion in determining Byers's case was ripe for summary judgment, *see Stanback v. Best. Diversified Prods., Inc.*, 180 F.3d 903, 910–11 (8th Cir.1999); that Byers failed to establish she had a disability, as that term is defined under the ADA, *see Gutridge v. Clure*, 153 F.3d 898, 900 (8th Cir.1998), *cert. denied*, 526 U.S. 1113, 119 S.Ct. 1758, 143 L.Ed.2d 790 (1999); and that the record did not support an ADA retaliation claim, *see Cossette v. Minn. Power & Light*, 188 F.3d 964, 972 (8th Cir.1999).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

